**Order issued September** *2/* **, 2012**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00533-CR

**JAMES KEITH YOUNG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Valencia Bush to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Bush to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **DECEMBER 3, 2012**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andrew Chatham, Presiding Judge, 282nd Judicial District Court, and to Valencia Bush.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to James Keith Young, TDCJ No. 1779864, Leblanc Unit, 3695 F.M. 3514, Beaumont, TX 77705.

DAVID L. BRIDGES
JUSTICE